IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARL SANDERS et al., | No. C 04-03835 CRB |
| Plaintiffs, | **ORDER TO SHOW CAUSE** |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO et al., | |
| Defendants.          / | |

On May 31, 2007, the Ninth Circuit Court of Appeals issued the mandate in this case, affirming in part and vacating in part the Court's dismissal of plaintiffs' claims. According to the Court's docket, since that time plaintiffs have not taken any steps to prosecute their remaining claims. Plaintiffs are therefore ordered to show cause why this action should not be dismissed pursuant to Federal Rule of Civil Procedure 41(b). In particular, all parties shall appear for a case management conference at 8:30 a.m. on Friday, November 2, 2007. Plaintiffs are warned that their failure to appear will result in dismissal of their claims.

**IT IS SO ORDERED.**

Dated: October 23, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2004\3835\ordertoshowcause.wpd