| | |
|---|---|
| 1 | CHARLES A. BONNER, ESQ. SB# 85413 |
| | CATHERINE LAGARDE, ESQ. SB# 209255 |
| 2 | **LAW OFFICES OF CHARLES A. BONNER** |
| | 1913 BRIDGEWAY |
| 3 | SAUSALITO, CA 94965 |
| | TEL: (415) 331-3070 |
| 4 | FAX: (415) 331-2738 |
| 5 | |
| 6 | HOWARD MOORE JR. ESQ. SB# 55228 |
| | FANIA E. DAVIS ESQ. SB# 87268 |
| 7 | **LAW OFFICES OF MOORE & MOORE** |
| | 445 BELLEVUE AVENUE, SUITE 202 |
| 8 | OAKLAND, CA 94610 |
| | Telephone: (510) 451-0104 |
| 9 | Facsimile: (510) 451-5056 |
| 10 | ATTORNEYS FOR PLAINTIFFS |
| | Chief Prentice Earl Sanders, |
| 11 | Espanola Sanders, David R. L. Robinson |
| | and Ramona L. McCune-Robinson |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHIEF PRENTICE EARL SANDERS, ESPANOLA SANDERS, DAVID R. L. ROBINSON and RAMONA L. MCCUNE-ROBINSON | ) ) ) ) | CASE No.: **C 04-3835 CRB** |
| Plaintiffs, | ) | |
| vs. | ) ) | **STIPULATION TO DISMISS AND [PROPOSED] ORDER** |
| CITY AND COUNTY OF SAN FRANCISCO, CLERK, BOARD OF SUPERVISORS, TERENCE HALLINAN and DOES 1 through 100, inclusive, | ) ) ) ) | |
| Defendants, | ) | |

Plaintiffs and defendants, by their undersigned counsel stipulate as follows:

Pursuant to the order of the Court on November 2, 2007, defendants have filed declarations stating that Plaintiff Chief Prentice Earl Sanders was not suspended or terminated from his position of Chief of Police prior to his retirement on September 13, 2003. Since the decision of the Court of Appeals remanding plaintiff's defamation claim was predicated on

**Stipulation to Dismiss and [Proposed] Order** 1

1  Chief Sander's having suffered an adverse employment action by being suspended temporarily
2  from his position, it now appears that it would not be possible to amend the complaint so as to
3  state a federal cause of action.
4      In the order of January 11, 2005, dismissing plaintiffs' federal claims, this Court
5  dismissed the state law claims without prejudice to plaintiffs pursuing those claims in state court.
6  On March 10, 2005, plaintiffs filed a civil action in Superior Court in and for the County of San
7  Francisco raising the state law claims.   In the decision of the Ninth Circuit, that Court vacated
8  the order dismissing the state law claims in light of the remand to allow an amendment to the
9  complaint in this Court.   Since plaintiffs are now stipulating to the dismissal of this case, it is
10 appropriate to reinstate the order permitting them to pursue their state law claims.
11     WHEREFORE, the parties stipulate that the plaintiffs' federal claims are dismissed with
12 prejudice and that the case should be dismissed without prejudice to the plaintiffs pursuing their
13 state law claims in the action pending in the Superior Court in and for the County of San
14 Francisco.

Respectfully submitted,

Dated: December 7, 2007       **LAW OFFICES OF CHARLES A. BONNER**

                                                         /s/
                                      CHARLES A. BONNER, ESQ.
                                      Attorney for Plaintiffs

Dated December 7, 2007        **OFFICE OF THE CITY ATTORNEY**
                                      **CITY AND COUNTY OF SAN FRANCISCO**

                                                    /s
                                      KIMBERLY A. BLISS, ESQ.
                                      Deputy City Attorney
                                      Attorney for Defendants

**ORDER**

The Court hereby dismisses plaintiffs' federal claims with prejudice and dismisses the case without prejudice to the plaintiffs pursuing their state law claims in state court. All pending dates are hereby vacated.

**IT IS SO ORDERED.**

Dated:  December 7, 2007



CHARLES R. BREYER
United States District Judge